UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH THERIOT** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-10250** |
| **BUILDING TRADES UNITED PENSION TRUST FUND, ET AL.** | **SECTION I** |

## JUDGMENT

Considering the Court's order and reasons granting defendants Building Trades United Pension Trust Fund and its Board of Trustees' (collectively, the "defendants") motion for summary judgment,

**IT IS ORDERED** that judgment shall be entered in favor of defendants and against plaintiff Deborah Theriot, and the above-captioned matter is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, November 4, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE